**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Edgar JUAREZ-ORTEGA, also known as Mario Juarez-Ortega, Defendant-Appellant**

No. 15-40657
**Summary Calendar**

United States Court of Appeals, Fifth Circuit.

Date Filed: 12/19/2016

Ernest Gonzalez, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Plano, TX, for Plaintiff-Appellee

Edgar Juarez-Ortega, Pro Se

Before KING, DENNIS, and COSTA, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Edgar Juarez-Ortega has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Juarez-Ortega has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.